UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>        Plaintiff,<br><br>        v.<br><br>ROSEVILLE POLICE DEPARTMENT,<br><br>        Defendant. | No. 2:18-cv-1109 MCE DB P<br><br><br><br>ORDER |

Even though this action closed on October 30, 2019, there remains pending a motion to compel filed by plaintiff. (ECF No. 19.) Because this action is now closed, IT IS HEREBY ORDERED that the Clerk of Court shall term the motion to compel.

Dated: January 27, 2020

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/hume1109.vacate o

1